## Edward J. Haley, Appellant, v. Chicago City Bank, Appellee.

### Gen. No. 22,783.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. MAZ-ZINI SLUSSER, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 16, 1917.

### Statement of the Case.

Action by Edward J. Haley, surviving partner of Haley & Company, plaintiff, against the Chicago City Bank, defendant, to recover on two checks for $2,500 and $1,000, respectively, given for two notes for $2,600 and $1,100, respectively. From a judgment of *nil capiat* and costs, plaintiff appeals.

CYRUS HEREN, D. AVERY KIMBARK and I. T. GREEN-ACRE, for appellant.

MILLER, STARR, BROWN, PACKARD & PECKHAM, for appellee; JOHN J. PECKHAM and EDWARD O. BROWN, of counsel.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. BILLS AND NOTES, § 440*—*when evidence is sufficient to show receipt of consideration for checks.* Evidence *held* sufficient to show that plaintiff received the consideration for which certain checks were given by him.

2. BILLS AND NOTES, § 120*—*who may question indorsement on checks.* Where certain checks payable to one party were indorsed by such party with the name of another party, *held*, in an action by the drawer of the checks to recover thereon against the bank paying same, that no one but such other party or her personal representatives would have any legal right to question the indorsement of her name on the checks.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.